Civil Action No.: **1:16-CV-10613-JCB**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) <u>U.S. Department of Education</u>
was received by me on (date) <u>March 30, 2016</u>.

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other (specify) : On March 30. 2016, I sent the summons and complaint by certified mail, return receipt requested, to the following entities: the U.S. Attorney for the District of Massachusetts, the U.S. Attorney General, and the U.S. Department of Education.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

<u>March 30, 2016</u>
Date

*Server's Signature*

<u>Crystal Kayiza, Legal Assistant, American Civil Liberties Union</u>
*Printed name and title*

<u>ACLU, 125 Broad St., 18th Fl., New York, NY 10004</u>
*Server's Address*

Additional information regarding attempted service, etc: