UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC., AMERICAN CIVIL LIBERTIES UNION AND NATIONAL CONSUMER LAW CENTER ) ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) EDUCATION ) ) Defendant. ) ) | Civil Action No.: 16-10613-ADB |

## JOINT MOTION FOR RELIEF FROM PRE-TRIAL SCHEDULING ORDER

Plaintiffs instituted this action pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to obtain records from the United States Department of Education ("DOE") regarding the government's student debt collection practices and the impact it has on student borrowers. On July 7, 2016, the Court issued an order notifying the parties of the upcoming scheduling conference to take place on August 4, 2016. Because this is a case under the FOIA, the parties jointly request that they be relieved of their obligations under Local Rule 16.1. In support of the request, the parties state as follows:

The parties believe that because this case is brought pursuant to the FOIA, establishment of a schedule of deadlines for discovery is unnecessary. The parties expect that this case, like nearly every FOIA case, will not involve discovery, and consistent with typical FOIA practice will be resolved on cross-motions for summary judgment. *See Elkins v. Fed. Aviation Admin.*, 103 F. Supp. 3d 122, 127, 133 (D.D.C. 2015) (FOIA cases are typically resolved through summary judgment and discovery in FOIA cases is generally inappropriate and exceedingly rare); *Freedom Watch, Inc. v. Dep't of State*, 77 F. Supp. 3d 177, 183 (D.D.C. 2015) (*citing Govt. Accountability Project v. Dep't of Justice*, 852 F. Supp. 2d 14,

27 n. 5 (D.D.C.2012)). *See also, Schrecker v. United States Department of Justice*, 217 F. Supp. 2d 29, 35 (D.D.C.2002) ("Discovery in FOIA is rare and should be denied where an agency's declarations are reasonably detailed, submitted in good faith and the Court is satisfied that no factual dispute remains.").

On July 25, 2016, Plaintiffs received additional documents from the DOE's responsive to their request. Currently, the DOE is continuing to process Plaintiffs' FOIA request, expecting to produce what it believes to be the last responsive records to said request shortly. The parties have now conferred regarding the DOE's processing of Plaintiff's FOIA requests, and propose a September 9, 2016 deadline for completion of processing. The Parties also anticipate meeting to discuss the DOE's response in an attempt to resolve any remaining issues or, at least, narrow the issues for purpose of summary judgment.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiffs,<br>American Civil Liberties<br>Union Foundation, Inc., et al. | CARMEN M. ORTIZ<br>United States Attorney |
| */s/ Rachel E. Goodman*<br>Rachel E. Goodman<br>American Civil Liberties Union<br>125 Broad St., 18th Fl.<br>New York, NY 10004<br>(212) 549-2500<br>rgoodman@aclu.org | By: */s/ Michael Sady*<br>Michael Sady (BBO #552934)<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Michael.Sady@usdoj.gov |

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                 */s/ Michael Sady*
                  Michael Sady
                  Assistant United States Attorney

Dated: August 2, 2016