# EXHIBIT 1

**Federal Student Aid Portfolio Summary**

*Includes outstanding principal and interest balances*
Data Source: National Student Loan Data System (NSLDS)

| Federal Fiscal Year[2] | | Direct Loans | | Federal Family Education Loans (FFEL) | | Perkins Loans | | Total[1] | |
|---|---|---|---|---|---|---|---|---|---|
| | | Dollars Outstanding (in billions) | Recipients[3] (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Recipients (in millions) | Dollars Outstanding (in billions) | Unduplicated Recipients (in millions) |
| 2007 | | $106.8 | 7.0 | $401.9 | 22.6 | $8.2 | 2.8 | $516.0 | 28.3 |
| 2008 | | $122.5 | 7.7 | $446.5 | 23.7 | $8.5 | 2.9 | $577.0 | 29.9 |
| 2009 | | $154.9 | 9.2 | $493.3 | 25.0 | $8.7 | 3.0 | $657.0 | 32.1 |
| 2010 | | $224.5 | 14.4 | $516.7 | 25.1 | $8.4 | 2.9 | $749.8 | 34.3 |
| 2011 | | $350.1 | 19.4 | $489.8 | 23.8 | $8.3 | 2.9 | $848.2 | 36.5 |
| 2012 | | $488.3 | 22.8 | $451.7 | 22.4 | $8.2 | 2.9 | $948.2 | 38.3 |
| 2013 | Q1 | $508.7 | 23.4 | $444.9 | 22.1 | $8.2 | 3.0 | $961.9 | 38.7 |
| | Q2 | $553.0 | 24.1 | $437.0 | 21.6 | $8.3 | 3.0 | $998.6 | 38.9 |
| | Q3 | $569.2 | 24.3 | $429.5 | 21.2 | $8.2 | 2.9 | $1,006.8 | 38.7 |
| | Q4 | $609.1 | 25.6 | $423.0 | 20.9 | $8.1 | 2.9 | $1,040.2 | 39.6 |
| 2014 | Q1 | $626.5 | 26.2 | $417.1 | 20.6 | $8.2 | 3.0 | $1,051.8 | 40.0 |
| | Q2 | $669.0 | 26.5 | $409.7 | 20.2 | $8.3 | 3.0 | $1,087.0 | 40.0 |
| | Q3 | $685.7 | 26.7 | $402.5 | 19.8 | $8.2 | 2.9 | $1,096.5 | 39.9 |
| | Q4 | $726.6 | 27.9 | $395.0 | 19.4 | $8.2 | 2.9 | $1,129.8 | 40.7 |
| 2015 | Q1 | $744.3 | 28.5 | $387.6 | 19.1 | $8.2 | 3.0 | $1,140.1 | 41.1 |
| | Q2 | $787.0 | 28.7 | $379.1 | 18.6 | $8.3 | 2.9 | $1,174.4 | 41.0 |
| | Q3 | $803.1 | 28.8 | $370.9 | 18.2 | $8.2 | 2.9 | $1,182.1 | 40.8 |
| | Q4 | $840.7 | 29.9 | $363.6 | 17.9 | $8.1 | 2.8 | $1,212.4 | 41.6 |
| 2016 | Q1 | $854.8 | 30.3 | $357.3 | 17.5 | $8.1 | 2.9 | $1,220.3 | 41.8 |
| | Q2 | $896.6 | 30.5 | $350.2 | 17.2 | $8.2 | 2.8 | $1,254.9 | 41.7 |
| | Q3 | $911.6 | 30.5 | $342.6 | 16.8 | $8.0 | 2.7 | $1,262.2 | 41.5 |
| | Q4 | $949.1 | 31.5 | $335.2 | 16.4 | $7.9 | 2.7 | $1,292.2 | 42.3 |
| 2017 | Q1 | $963.5 | 31.9 | $328.3 | 16.1 | $7.9 | 2.7 | $1,299.7 | 42.4 |

**Notes:**

[1] Totals may not equal the sum of Direct Loans, FFEL, and Perkins Loans due to rounding and the timing of the data runs.

[2] Data is run at the end of the corresponding federal fiscal year or at the end of each quarter listed by federal fiscal year. Each federal fiscal year begins October 1 and ends

[3] Recipient is the student that benefits from the federal student loan. In most cases, the recipient is the borrower, but in parent PLUS loans, the parent is the borrower and