UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) EDUCATION, ) ) Defendant. ) ) | Civil Action No. 16-10613-ADB |

PARTIES' MOTION FOR TWO-BUSINESS DAY EXTENSION
TO FILE REPLY AND SUR-REPLY

The Parties hereby move this Court to extend the scheduling order by two business days with regard to the deadline to file Defendant's Reply and Plaintiffs' Sur-Reply.

As grounds therefor, the Parties state that:

Defendant's Reply to Plaintiffs' Cross-Motion for Summary Judgment is due on June 19, 2017. However, said Reply will need to be reviewed internally prior to filing. The designated reviewer of the Reply will be out of the state until June 20, 2017. Accordingly, Defendant respectfully requests that its Reply due date be extended two business days to June 21, 2017. Correspondingly, Plaintiffs date to file their Sur-Reply currently scheduled for July 3, 2017 should be extended to by two business days to July 5, 2017.

WHEREFORE, the parties respectfully request that the scheduling order be extended two business days as follows: Defendant's Reply due June 21, 2017 and Plaintiffs' Sur-Reply due July 5, 2017.

For the Plaintiffs,
American Civil Liberties Union

*/s/ Rachel E. Goodman*
Rachel E. Goodman
American Civil Liberties Union
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
rgoodman@aclu.org

                                 Respectfully submitted,

                                 WILLIAM D. WEINREB
                                 Acting United States Attorney

By: */s/ Michael Sady*
      Michael Sady (BBO #552934)
      Assistant U.S. Attorney
      United States Attorney's Office
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100
      Michael.Sady@usdoj.gov

## CERTIFICATE OF SERVICE

     I, Michael Sady, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                 */s/ Michael Sady*
                                 Michael Sady
Date:  June 15, 2017                    Assistant U.S. Attorney