UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 16-10613-ADB |

# DEFENDANT'S STATUS REPORT

Pursuant to this Court's May 24, 2018 Order, the Defendant files the following Status Report.:

1) On March 30, 2018, this Court issued its Memorandum and Order ("Decision") granting, in part, and denying, in part, the Parties respective Cross-Motions for Summary Judgment. *See* Docket Entry No. 73;

2) On May 25, 2018, Defendant filed with this Court a Notice of Appeal, *see* Docket Entry No. 75, wherein it appealed this Court's Decision as it related to Defendant's use of Exemption 7(E) of the Freedom of Information Act (FOIA), 5 U.S.C. § 552, thereby ordering Defendant to produce the documents withheld under that Exemption. *See* Docket Entry No. 73, p. 15; and

3) In its March 30, 2018 Decision, this Court ruled that the Defendant's claim of deliberative process privilege for purposes of Exemption 5 was denied without prejudice with leave to renew. *See* Docket Entry No. 73, p 10. In this regard, Defendant states that it intends on filing another declaration addressing the issues raised by this Court on that aspect of the ruling and requesting that this Court issue judgment in its favor in a renewed Motion. Counsel for Defendant intends to be out of the office for a significant part of the month of June and, therefore, will file the renewed Motion on or before July 2, 2018.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Michael Sady*
Michael Sady (BBO #552934)
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael Sady*
Michael Sady
Assistant U.S. Attorney

Dated: June 1, 2018