UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC., AMERICAN CIVIL LIBERTIES UNION AND NATIONAL CONSUMER LAW CENTER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant. | Civil Action No.: 16-10613-ADB |

**PLAINTIFFS' STATUS REPORT**

This Court's March 30, 2018 Memorandum and Order on the parties' cross-motions for summary judgment, ECF No. 73, granted summary judgment in favor of the Department of Education ("ED") on the Exemption 5 attorney work product privilege withholdings and granted summary judgment in favor of Plaintiffs on the Exemption 7 withholdings, ordering ED to produce those documents. It denied both motions for summary judgement with respect to the Exemption 5 deliberative process privilege withholdings and gave ED leave to renew its motion on that issue. The Court did not enter judgment on any of these issues.

On May 25, 2018, ED filed a Notice of Appeal "with regard to the Court's decision to grant Plaintiffs' summary judgment, as it requires Defendant to 'produce…documents.'" ECF No. 75.

The sole issue remaining before this Court, then, is resolution of Plaintiffs' objections to ED's withholdings based upon Exemption 5 deliberative process privilege. At this time, Plaintiffs withdraw those objections.

Accordingly, no issue remains pending before this Court. Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiffs ask that this Court set out a final judgment on all claims per Rule 58(a) and enter it on the docket per Rule 79(a). We ask that the court reserve continuing and exclusive jurisdiction over the parties and the execution, consummation, administration, and enforcement of the terms of the Court's March 30, 2018 Memorandum and Order.

Dated: June 1, 2018

Respectfully submitted,

*/s/* Rachel E. Goodman
Rachel Goodman
Dennis Parker
Sarah Hinger

American Civil Liberties Union
   Foundation
125 Broad Street, 18th Fl.
New York, NY 10004
(212) 549-2500
rgoodman@aclu.org

Matthew R. Segal, BBO No. 654489
Rahsaan D. Hall, BBO No. 645369
Jessie J. Rossman, BBO No. 670685
Laura Rótolo, BBO No. 665247
American Civil Liberties Union
   Foundation of Massachusetts
211 Congress Street
Boston, MA 02110
(617) 482-3170 ex. 337
jrossman@aclum.org

Stuart Rossman, BBO No. 430640
Persis S. Yu, BBO No.685951
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA 02110
(617) 542-8010
srossman@nclc.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Rachel E. Goodman*
Rachel E. Goodman
*Attorney for Plaintiffs*

Dated: June 1, 2018