UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC., AMERICAN CIVIL LIBERTIES UNION, and NATIONAL CONSUMER LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>Defendant. | Civil Action No. 16-cv-10613-ADB |

## **JUDGMENT**

BURROUGHS, D.J.

Consistent with the Court's March 30, 2018 memorandum and order [ECF No. 73], summary judgment is entered for Plaintiffs as to the documents withheld pursuant to Exemption 7 of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and summary judgment is entered for Defendant as to the documents withheld pursuant to the attorney work product privilege of FOIA Exemption 5.[1] This resolves all outstanding issues, and the case is hereby closed.

**SO ORDERED.**

July 16, 2018                                                      /s/ Allison D. Burroughs
                                                                            ALLISON D. BURROUGHS
                                                                            U.S. DISTRICT JUDGE

---

[1] On June 1, 2018, Plaintiffs submitted a status report indicating that they are dismissing the claim as to the documents withheld under the deliberative process privilege of FOIA Exemption 5. [ECF No. 79].