UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 16-10613-ADB |

## DEFENDANT UNITED STATES DEPARTMENT OF EDUCATION'S MOTION TO LIFT STAY

Defendant, the United States Department of Education ("Defendant"), by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully requests that the Court lift the stay in this matter. The grounds for this motion are as follows:

On January 4, 2019, the Court granted a stay of (ECF No. 88), due to the fact that the appropriations to the Department of Justice had lapsed. This resulted in the fact that the Department attorney responsible for this case and a significant amount of other cases was not authorized to work on them for a thirty-five day period. When appropriations were restored on January 25, 2019, the Department was once again authorized to address non-excepted cases. Accordingly, the United States moves the Court to lift the stay.

WHEREFORE, the defendant requests that its motion be granted.

                          Respectfully submitted,

                          ANDREW E. LELLING,
                          United States Attorney

By:   */s/ Michael Sady*
       Michael Sady (BBO #552934)
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100
       michael.sady@usdoj.gov

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel asserts that he has conferred with the Plaintiff regarding this Motion to narrow the issues.

                          */s/Michael Sady*
                          Michael Sady
Dated: February 14, 2018         Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                          */s/ Michael Sady*
                          Michael Sady
                          Assistant U.S. Attorney

Dated:  February 14, 2019