UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.;<br>AMERICAN CIVIL LIBERTIES UNION;<br>And<br>NATIONAL CONSUMER LAW CENTER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION<br><br>Defendant. | Civil Action No. 16-10613-ADB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, with prejudice and without costs.

RESPECTFULLY SUBMITTED,

AMERICAN CIVIL LIBERTIES
FOUNDATION, INC., ET AL.,

DEPARTMENT OF EDUCATION

ANDREW E. LELLING
United States Attorney

_____  5/20/19
Stuart T. Rossman (B.B.O. #430640)
National Consumer Law Center
7 Winthrop Square, 4th Floor
Boston, MA  02110
(617) 542-8010
srossman@nclc.org

_____  5/20/19
Michael Sady (B.B.O. #552934)
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100
michael.sady@usdoj.gov